Daniel E. Thenell, WSB No. 37297
E-mail: dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Phone: (503) 372-6450
Fax: (503) 372-6496
*Of Attorneys for Defendants IDS Property Casualty*
*Insurance Company and Pavlic*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | |
|---|---|
| DONALD WOELFLE, a single person, | Case No. 2:21-CV-01073-JCC |
| Plaintiff, | **ORDER ON STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |
| vs. | |
| AMERICAN FAMILY CONNECT PROPERTY AND/OR IDS PROPERTY CASUALTY INSURANCE COMPANY, Foreign corporations doing business in Washington; JOHN D. PAVLIC and JANE DOE PAVLIC; DOES I-V, | |
| Defendants. | |

The Court, having reviewed the Motion made by Defendant IDS Property Casualty Insurance

Company[1] (herein after "*Connect by AmFam*") Stipulated Motion to Extend Time to Answer Plaintiff's

/ / /

---

[1] American Family Connect Property and/or IDS Property Casualty Insurance Company is improperly named and should be American Family Connect Property & Casualty Insurance Company, formerly IDS Property Casualty Insurance Company.

Page 1 – ORDER ON STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

60 I 407

1   Complaint hereby grants Defendant addition time to file an Answer until September 17, 2021.

2

3          DATED this day of 26th August 2021.

4

5

6                                                       _____

7                                                       John C. Coughenour
                                                        UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – ORDER ON STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT
                                                                                    60 I 407

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, OR  97223
Telephone (503) 372-6450
Facsimile (503) 372-6496