Daniel E. Thenell, WSB No. 37297
E-mail: dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Phone: (503) 372-6450
Fax: (503) 372-6496
*Of Attorneys for Defendants American Family Connect Property & Casualty Insurance Company formerly IDS Property Casualty Insurance Company and John D. Pavlic*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | |
|---|---|
| DONALD WOELFLE, a single person,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND/OR IDS PROPERTY CASUALTY INSURANCE COMPANY, Foreign corporations doing business in Washington; JOHN D. PAVLIC and JANE DOE PAVLIC; DOES I-V,<br><br>        Defendants. | Case No. 2:21-CV-01073-JCC<br><br>**ORDER ON SECOND STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

The Court, having reviewed the Motion made by Defendants American Family Connect Property & Casualty Insurance Company, formerly IDS Property Casualty Insurance Company[1] (herein after "*Connect by AmFam*") and John D. Pavlic on the Second Stipulated Motion to Extend Time to Answer

---

[1] American Family Connect Property and/or IDS Property Casualty Insurance Company is should be named as American Family Connect Property & Casualty Insurance Company, formerly IDS Property Casualty Insurance Company.

Page 1 – ORDER ON SECOND STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

60 I 407

Plaintiff's Complaint hereby grants the Motion. Defendants shall not be required to file an Answer until after the Court has determined Plaintiff's Motion to Remand.

DATED this 14th day of September 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Page 2 – ORDER ON SECOND STIPULATED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

60 I 407

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, OR  97223
Telephone (503) 372-6450
Facsimile (503) 372-6496